1  Douglas C. Smith, Esq. (State Bar No.160013)
   dsmith@smitlaw.com
2  Christopher P. Romero, Esq. (State Bar No. 270705)
   cromero@smitlaw.com
3  SMITH LAW OFFICES, LLP
   4001 Eleventh Street
4  Riverside, California 92501
   Telephone: (951) 509-1355
5  Facsimile: (951) 509-1356

6  Attorneys for Defendant
   COUNTY OF RIVERSIDE
7

8              UNITED STATES DISTRICT COURT

9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11 ANDREW HERNANDEZ,                )   CASE NO.: 5:20-cv-00676-JGB
                                    )   (KKx)
12           Plaintiff,             )
                                    )   [PROPOSED] ORDER RE:
13     vs.                          )   STIPULATED PROTECTIVE
                                    )   ORDER
14 COUNTY OF RIVERSIDE, DOES 1-10   )
   INCLUSIVE,                       )
15                                  )
             Defendants.            )
16 _____  )   *Complaint filed 4/2/20*

17     The Court, having read the parties' Stipulated Protective Order as to the

18 production of confidential, proprietary, or private information during the discovery

19 process while litigating this matter, and having found good cause, HEREBY

20 ORDERS that the Stipulated Protective Order is **GRANTED**.

21     IT IS FURTHER ORDERED that any use of Protected Material at trial shall

22 be governed by the orders of the trial judge.  Accordingly, this Order does not

23 govern the use of Protected Material at trial.

24

25

26 DATED:   December 21, 2020      _____
                                   HON. KENLY KIYA KATO
27                                 United States Magistrate Judge

28

C:\Users\debtaylor\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\26BURB76\Hernandez 20-676 proposed order.wpd

**[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER**