UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 20-676 JGB (KKx)** | Date | October 14, 2021 |
|---|---|---|---|
| Title | *Andrew Hernandez v. County of Riverside, et al.* | | |

Present: The Honorable  JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause**

Before the Court is Defendant County of Riverside's ("Defendant") motion for summary judgment. ("Motion," Dkt. No. 49.) The Motion was noticed for hearing on October 11, 2021, but due to the federal holiday on that date continued to October 18, 2021 at 9:00 a.m.

Pursuant to Central District of California Local Rule 7-9, a party must file opposition papers, or a notice of non-opposition, no later than twenty-one days before the date designated for the hearing on the motion. L.R. 7-9. Plaintiff Andrew Hernandez ("Plaintiff") should have filed an opposition, or a notice of non-opposition, no later than September 27, 2021. To date, Plaintiff has not filed an opposition to the Motion or offered an explanation for non-response. Pursuant to Local Rule 7-12, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." L.R. 7-12.

Accordingly, the Court orders Plaintiff to show cause in writing on or before **November 1, 2021** why he failed to file an opposition and why the Motion should not be granted and the action dismissed. Failure to respond, or an inadequate response, may result in the dismissal of the action. The Court CONTINUES the hearing on the Motion to **November 22, 2021 at 9:00 a.m.**

**IT IS SO ORDERED.**