# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HERNANDEZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE,<br>DOES 1-10 INCLUSIVE,<br><br>　　　　　　Defendants. | Case No. 5:20-cv-00676-JGB (KKx)<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## JUDGMENT

After considering the papers filed in support of Defendant COUNTY OF RIVERSIDE's Motion for Summary Judgment on Plaintiff ANDREW HERNANDEZ's Complaint, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Defendant County of Riverside's Motion for Summary Judgment is granted in its entirety;
2. Plaintiff Andrew Hernandez's Section 1983 claim against Defendants Does 1 through 10 is dismissed; and
3. Final judgment be entered in favor of Defendant County of Riverside.

**IT IS SO ORDERED.**

Dated: November 30, 2021

_____
Honorable Jesus G. Bernal
United States District Judge